# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 19-17758-ELF

EDWIN N DELACRUZ
JAMIE L. DELACRUZ
1180 SPRING MEADOW DRIVE

QUAKERTOWN, PA 18951-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EDWIN N DELACRUZ
    JAMIE L. DELACRUZ
    1180 SPRING MEADOW DRIVE

    QUAKERTOWN, PA 18951-

Counsel for debtor(s), by electronic notice only.

    ALEXANDER G TUTTLE
    TUTTLE LEGAL
    2303 N. BROAD ST  STE 2
    COLMAR, PA 18915-

                                      /S/ William C. Miller

Date: 4/17/2020                                     _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee