# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Edwin N Delacruz and  
Jamie L. Delacruz  
              Debtors.

Case No.: 19-17758 elf  
Chapter 13

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Dated: June 22, 2019

/s/ Alexander G. Tuttle

Alexander G. Tuttle, Esq.  
Tuttle Legal  
2303 N. Broad St., Ste. 2  
Colmar, PA 18915  
215-723-7969 (phone)  
Attorney for Debtor