# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Edwin N Delacruz and  
Jamie L. Delacruz  
           Debtors.

Case No.: 19-17758 elf  
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, I electronically filed the Debtor's 1rst Amended Chapter 13 Bankruptcy Plan with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Chapter 13 Trustee, the United States Trustee and those that entered an Entry of Appearance. I have sent the Plan by U.S. First Class Mail to all those creditors who have filed Proof of Claims not provided for above.

Dated: June 22, 2019

/s/ Alexander G. Tuttle

Alexander G. Tuttle, Esq.  
Tuttle Legal  
2303 N. Broad St., Ste. 2  
Colmar, PA 18915  
215-723-7969 (phone)  
Attorney for Debtor