B2830 (Form 2830)

## L.B.F. 4004-3B

### UNITED STATES BANKRUPTCY COURT

EASTERN  District Of PENNSYLVANIA

In re EDWIN AND JAMIE DELACRUZ                    Case No. 19-17758
Debtor

### CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☒ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:

1180 Spring Meadow Dr
Quakertown, PA 18951

My current employer and my employer's address:

Jamie – Freedom Millwork          6209 Kellers Church Rd
                                  Pipersville, PA 1894:

Ed –  Wuxi Apptec                 4751 League Island Blvd
                                  Philadelphia, PA 19112

B2830 (Form 2830)

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

❑    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law
(1)  in property that I or a dependent of mine uses as a residence, claims as a
homestead, or  acquired as a burial plot, as specified in § 522(p)(1), and (2) that
exceeds $189,050* in  value in the aggregate.

☒    I have claimed an exemption in property pursuant to § 522(b)(3) and state or
local  law (1) that I or a dependent of mine uses as a residence, claims as a homestead,
or  acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds
$189,050* in  value in the aggregate.

*Part IV.  Debtor's Signature*

I certify under penalty of perjury that the information provided in these
certifications is true and correct to the best of my knowledge and belief.

Executed on  1/9/25
Date

Debtor

7

***\* Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases
commenced on or after the date of adjustment.***