United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17758-amc |
| Edwin N Delacruz | Chapter 13 |
| Jamie L. DelaCruz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edwin N Delacruz, Jamie L. DelaCruz, 1180 Spring Meadow Drive, Quakertown, PA 18951-5005 |
| 14449022 | + | PENNYMAC LOAN SERVICES, LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14439034 | + | ST. Lukes Hospital Bethlehem Campus, Lockbox # 8187, PO Box 8500, Philadelphia, PA 19178-8500 |
| 14439031 | + | St Lukes University Health Network, PO Box 788187, Philadelphia, PA 19178-8187 |
| 14439032 | + | St. Luke's Physician Group, PO Box 5386, Bethlehem, PA 18015-0386 |
| 14439035 | + | St. Lukes Quaketown Hospital, 1021 PARK AVE., Quakertown, PA 18951-0130 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 31 2025 00:00:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 31 2025 00:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14439009 | | Email/Text: collectors@arresourcesinc.com | Jan 30 2025 23:59:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14460832 | | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2025 23:59:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620432 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 31 2025 00:04:39 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14439007 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2025 23:59:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14439008 | + | Email/Text: jvalencia@amhfcu.org | Jan 31 2025 00:00:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14439010 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 31 2025 00:16:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14443439 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 31 2025 00:04:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14454995 | | Email/PDF: bncnotices@becket-lee.com | Jan 31 2025 00:16:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14439012 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 00:17:38 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14439013 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 31 2025 00:18:13 | Citibank/The Home Depot, Attn: |

Case 19-17758-amc    Doc 57    Filed 02/01/25    Entered 02/02/25 00:31:55    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14439014 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2025 23:59:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14439015 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 30 2025 23:59:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14439016 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 31 2025 00:17:54 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14439020 | | Email/Text: bk@freedomfinancialnetwork.com | Jan 30 2025 23:59:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 14468236 | + | Email/Text: tg@purchasedebt.com | Jan 30 2025 23:59:00 | Grassy Sprain Group, Inc., 9858 Clint Moore Road Suite C-11 #217, Boca Raton, FL 33496-1034 |
| 14439021 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 30 2025 23:59:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14466252 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 31 2025 00:00:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14439024 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 30 2025 23:59:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14444190 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 00:04:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14446346 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2025 00:03:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14439026 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 31 2025 00:03:39 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14462448 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 31 2025 00:00:00 | Midland Credit Management, Inc., Po Box 2037, Warren MI 48090-2037 |
| 14439027 | + | Email/PDF: bankruptcy_prod@navient.com | Jan 31 2025 00:04:07 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14447827 | + | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 30 2025 23:59:00 | Navient Solutions, LLC on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison, WI 53708-8961 |
| 14454284 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 31 2025 00:17:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14470370 | + | Email/PDF: ebnotices@pnmac.com | Jan 31 2025 00:17:38 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14439028 | + | Email/PDF: ebnotices@pnmac.com | Jan 31 2025 00:17:38 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14469129 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 31 2025 00:04:40 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14462644 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2025 00:00:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14440324 | | Email/Text: bnc-quantum@quantum3group.com | Jan 31 2025 00:00:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14439033 | ^ | MEBN | Jan 30 2025 23:57:27 | ST. LUKES, 801 OSTRUM ST, Bethlehem, PA 18015-1000 |
| 14439029 | + | Email/Text: bankruptcy@second-round.com | Jan 31 2025 00:00:00 | Second Round, LP, Attn: Bankruptcy Dept, Po Box 41955, Austin, TX 78704-0033 |
| 14439036 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 00:17:39 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14439037 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 00:04:39 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po |

Case 19-17758-amc   Doc 57   Filed 02/01/25   Entered 02/02/25 00:31:55   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 47 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 14439038 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 00:16:37 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14439040 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 31 2025 00:04:41 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14469724 | + | Email/Text: bncmail@w-legal.com | Jan 31 2025 00:00:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14439041 | + | Email/Text: bncmail@w-legal.com | Jan 30 2025 23:59:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14439025 | ^ | MEBN | Jan 30 2025 23:57:25 | loanDepot, Attn: Bankruptcy, Po Box 250009, Plano, TX 75025-0009 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14439011 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14439017 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14439018 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14439019 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14439022 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14439023 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14439030 | *+ | Second Round, LP, Attn: Bankruptcy Dept, Po Box 41955, Austin, TX 78704-0033 |
| 14439039 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14439042 | *+ | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALEXANDER G. TUTTLE | on behalf of Joint Debtor Jamie L. DelaCruz agt@tuttlelegal.com 7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com |
| ALEXANDER G. TUTTLE | on behalf of Debtor Edwin N Delacruz agt@tuttlelegal.com 7043@notices.nextchapterbk.com;tuttle.alexanderr102490@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Jan 30, 2025 | Form ID: 138OBJ | Total Noticed: 47

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 138OBJ* (6/24)−doc 56 − 49

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
   Edwin N Delacruz  )  Case No. 19−17758−amc
  )
  )
   Jamie L. DelaCruz  )  Chapter: 13
  )
   Debtor(s).  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

   To all creditors and parties in interest, NOTICE IS GIVEN THAT:

   The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

   Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

   All objections must be filed with the Clerk at the following address:

               Eastern District of Pennsylvania
               900 Market Street
               Suite 400
               Philadelphia, PA 19107

   In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 30, 2025                                                              For The Court

                                                                                     Timothy B. McGrath
                                                                                     Clerk of Court